# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON T. SLAMA,<br><br>     Plaintiff,<br><br>  vs.<br><br>SGT. KEVIN KRECKLOW, in his individual and official capacities; SGT. WES LUDLOW, in his individual and official capacities; and COUNTY OF CASS, a Nebraska political subdivision;<br><br>     Defendants. | 4:23CV3070<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **September 5, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 5th day of August, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge